UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York Corporation, dba Robert Mondavi Winery;<br>CONSTELLATION BRANDS, INC., a Delaware Corporation<br><br>    Defendants. | **Case No**. 4:21-cv-09654-HSG<br><br>ORDER |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May16, 2022.

**IT IS SO ORDERED.**

Dated: 4/15/2022

_____
HONORABLE HAYWOOD S GILLIAM, JR.
United States District Judge